

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
|  | § |  |
| GABRIEL MARIN, | § | No. 08-19-00186-CR |
| Appellant, | § | Appeal from the |
| v. | § | County Criminal Court No. 4 |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| State. | § | (TC# 20180C03247) |
|  | § |  |

**O R D E R**

The Court GRANTS the Court Reporter's third request for an extension of time within which to file the Reporter's Record until **November 30, 2019.** NO FURTHER REQUESTS FOR EXTENSION OF TIME TO FILE THE REPORTER'S RECORD WIL BE CONSIDERED BY THIS COURT.

It is further ORDERED that Anita D. Garza, Roving Court Reporter for the County Criminal Court No. 4 for El Paso County, Texas, prepare the Reporter's Record for the above styled and numbered cause and forward the same to this Court on or before November 30, 2019.

IT IS SO ORDERED this 4th day of November, 2019.


PER CURIAM


Before Alley, C.J., Rodriguez and Palafox, JJ.